

1  Alan Steven Wolf, Bar No. 94665
   Daniel Fujimoto, Bar No. 158575
2  THE WOLF FIRM, A Law Corporation
   2955 Main Street, Second Floor
3  Irvine, CA  92614
   (949) 720-9200 Telephone
4  (949) 608-0128 Fax
   Alan.Wolf@wolffirm.com
5
   Attorneys for Movant
6  U.S. Bank National Association,
   as trustee on behalf of the
7  holders of the CSMC Trust
   2006-CF2 CSMortgage Pass-Through
   Certificates, Series 2006-CF2

The following constitutes
the order of the court. Signed May 11, 2009

_____
**Marilyn Morgan**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | CASE: 08-56664MM-11 |
| SZE-YAU DEREK YIU fdba KY-TEK fdba MATRIX INVESTMENTS dba GLOBAL FINANCING | CHAPTER 11 |
| | REF.: ASW-526 |
| Debtor. | ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | DATE: 04/22/09 |
| | TIME: 2:00pm |
| | CTRM: 3070 |
| | U.S. Bankruptcy Court |
| | 280 S. First Street |
| | San Jose, California |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by U.S. Bank National Association, as trustee on behalf of the holders of the CSMC Trust 2006-CF2 CS Mortgage Pass-Through Certificates, Series 2006-CF2, and having come to be heard before the HONORABLE MARILYN MORGAN, UNITED STATES BANKRUPTCY JUDGE, on April 22, 2009, Movant appearing by its attorneys THE WOLF FIRM by DANIEL K. FUJIMOTO, Debtor appearing by his counsel SUSAN LUCE of the

Matter I.D. 6401-5227

Law Offices of David Boone, and the Court, having read the various pleadings, documents and proceedings, and service having been made, and after due deliberation, does make its order as follows:

IT IS ORDERED that with respect to the real property commonly known as 1416 Wright Avenue, Sunnyvale, CA 94087, and more fully described as follows:

> SEE DOCUMENT NO. 15247707 RECORDED IN THE OFFICIAL RECORDS OF SANTA CLARA COUNTY ON 5/16/2000

Movant and its agents and successors are relieved of the automatic stay, and said stay is immediately terminated, so that Movant and its agents and successors may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after foreclosure sale, including, but not limited to, the right to commence and/or consummate foreclosure proceedings on the property and the right to proceed in any action to obtain possession of the property.

IT IS FURTHER ORDERED that Movant may not hold its foreclosure sale until after May 30, 2009.

Approved as to form:


Law Offices of David Boone


/s/Susan Luce
Susan Luce
Attorneys for Debtor

** END OF ORDER **

Matter I.D. 6401-5227

COURT SERVICE LIST

Debtor:
SZE-YAU DEREK YIU
P.O. Box 4313
Santa Clara, CA 95056

Debtor's Counsel:
DAVID A. BOONE
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126

U.S. TRUSTEE
280 S. First, Room 268
San Jose, CA  95113-3004

The Wolf Firm
2955 Main Street, Second Floor
Irvine, CA 92614


SEE ATTACHED LIST OF 20 LARGEST UNSECURED CREDITORS

LIST OF 20 LARGEST UNSECURED CREDITORS

American Express
P.O. Box 360002
Fort Lauderdale, FL 33336-0002

Bank of America
Attn: Bankruptcy Dept NC4-105-03-14
P. O. Box 26012
Greensboro, NC 27420

Barclays Bank Delaware
Attention: Customer Support Department
P.O. Box 8833
Wilmington, DE 19899

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024

Chase Advantage
201 N Walnut St De1-1027
Wilmington, DE 19801

First National Bank of Marin
Customer Service
P.O. Box 98873
Las Vegas, NV 89193

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

Washington Mutual / Providian
Attn: Bankruptcy Dept.
P.O. Box 10467
Greenville, SC 29603